UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC BOLDUAN,<br><br>Defendant | Criminal No. 21cr10105<br><br>Violation:<br><br>Count One: Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another<br>(18 U.S.C. § 875(c))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

1. Eric Bolduan ("BOLDUAN") resided in Minnesota.

2. Person 1 was a female student attending Boston College and a member of an athletic team at that college.

3. BOLDUAN downloaded images of Person 1 from her social media pages and accounts and from other publicly available sites.

4. BOLDUAN then located a pornographic image of a different female, who resembled Person 1, and uploaded and posted the images of Person 1 alongside the pornographic image of the female resembling Person 1, to various pornographic websites in order to make it appear that Person 1 was involved in pornography.

5. Thereafter, BOLDUAN sent threatening and harassing emails to Person 1 in Massachusetts. For example, on May 5, 2016, BOLDUAN sent an email to Person 1 that included the following language:

1

"I noticed the attached photo of you online and wanted to follow up with you. I'm going to find you this summer.   Once I've got you I will have my way with your body for several days, until I finally tire of you.   You will experience things that will give you nightmares for the rest of your life.   I want to look into your eyes as you experience pain at levels you never imagined were possible. By the time I'm done with you your body will be shattered and broken.   I promise that you'll never be the same again."

6. BOLDUAN attached to the email a screenshot of a pornographic webpage depicting the images of Person 1 alongside a pornographic image of the female who resembled Person 1, as described in paragraph 4.

7. To avoid detection, BOLDUAN sent the above-referenced emails to Person 1 using an email account that was not in his true name.

8. To further avoid detection, BOLDUAN utilized The Onion Router ("TOR"), software that directs Internet traffic through thousands of relays in order to anonymize users.

<u>COUNT ONE</u>
Transmitting in Interstate and Foreign Commerce a Threat to Injure the Person of Another
(18 U.S.C. § 875(c))

The Grand Jury charges:

9. The Grand Jury realleges and incorporates by reference paragraphs 1 – 8 of this Indictment.

10. On or about May 5, 2016, in the District of Massachusetts, and elsewhere, the defendant,

ERIC BOLDUAN,

knowingly transmitted in interstate and foreign commerce any communication containing any threat to injure the person of another, that is, Person 1, intending that such communication would be a threat and knowing it would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

11. Upon conviction of the offense in violation of Title 18, United States Code, Section 875(c), set forth in Count One, the defendant,

ERIC BOLDUAN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

12. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
SUZANNE SULLIVAN JACOBUS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL 6, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Harold Putnam 4/6/2021; 1:53 p.m.
_____
DEPUTY CLERK

_____
HON. MARIANNE B. BOWLER
United States Magistrate Judge

Date: April 6, 2021

5